**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Trina Allen v. Bayer Corporation, et al.* | No. 10-cv-20077-DRH |
| *Lacey Dawn Angel v. Bayer Corporation, et al.* | No. 10-cv-20056-DRH |
| *Rhonda Bagley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20121-DRH |
| *Deanna Barnhouse v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20402-DRH |
| *Lake Bedoya v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20018-DRH |
| *Wendy Brawley v. Bayer Corporation, et al.* | No. 10-cv-20209-DRH |
| *Amy Brenson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20164-DRH |
| *Amy Clay v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20073-DRH |
| *Adrianna C. Cornell Pinto v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20094-DRH |
| *Felicia Densley v. Bayer Corporation, et al.* | No. 10-cv-20212-DRH |
| *Jeania Downs v. Bayer Corporation, et al.* | No. 09-cv-20044-DRH |
| *April Dymacek, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20047-DRH |
| *Anne Marie Eakins, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20010-DRH |

| | |
|---|---|
| *Ashley Elmore v. Bayer Corporation, et al.* | No. 10-cv-20193-DRH |
| *Shannon Flynn v. Bayer Corporation, et al.* | No. 10-cv-20044-DRH |
| *Cynthia Hale v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20021-DRH |
| *Susan Hargrave, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20074-DRH |
| *Kelly Haynam v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20167-DRH |
| *Beverly Hensley, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20040-DRH |
| *Rebecca Howell, et al. v. Bayer Corporation, et al.* | No. 10-cv-20192-DRH |
| *Yvonne Jebe v. Bayer Corporation, et al.* | No. 10-cv-20253-DRH |
| *Rebecca Jones v. Bayer Corporation, et al.* | No. 10-cv-20203-DRH |
| *Linda Kerns v. Bayer Corporation, et al.* | No. 10-cv-20072-DRH |
| *Christopher Kline, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20081-DRH |
| *Marlene Meadows v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20009-DRH |
| *Tomiko Mendez v. Bayer Corporation, et al.* | No. 10-cv-20288-DRH |
| *Lauren L. Murphy v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20011-DRH |
| *Jacqueline Schmidt v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-20013-DRH |
| *Raunda Smith v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20095-DRH |
| *Alyssa Stellmaker v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-20033-DRH |
| *Laura Villarreal v. Bayer Corporation, et al.* | No. 10-cv-20041-DRH |

2

| *JoAnna West v. Bayer Corporation, et al.* | No. 10-cv-20080-DRH |
| *Arlene Wiggins v. Bayer Corporation, et al.* | No. 10-cv-20115-DRH |
| *Linda Workman v. Bayer Corporation, et al.* | No. 10-cv-20078-DRH |
| *Gina Zanutto v. Bayer Corporation, et al.* | No. 10-cv-20205-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on and February 24, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:   /s/*Sara Jennings*
Deputy Clerk

**Dated:**  February 26, 2014

Digitally signed by
David R. Herndon
Date: 2014.02.26
06:07:24 -06'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT

3